# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Lui et al

              V.                            **JUDGMENT IN A CIVIL CASE**

Chertoff et al

                                CASE NUMBER:   07cv0005 BEN(WMC)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants without prejudice Defendant's motion to dismiss for lack of subject matter jurisdiction................................................................................................................

| May 2, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                      S/J. Hathaway
                                                      (By) Deputy Clerk

                                                      ENTERED ON May 2, 2007